**STATE of Missouri, Respondent,**

v.

**Lance LIVINGSTON, Appellant.**

**No. WD 69764.**

Missouri Court of Appeals,
Western District,
Division Three.

Oct. 6, 2009.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., JAMES EDWARD WELSH, and KAREN KING MITCHELL, JJ.

**ORDER**

PER CURIAM:

Mr. Lance W. Livingston appeals from his conviction for second-degree murder, section 565.021, and armed criminal action, section 571.015. He contends his due process rights were violated by the trial court's exclusion of evidence essential to the *res gestae* of the crime.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

■

**Anthony SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69732.**

Missouri Court of Appeals,
Western District.

Oct. 6, 2009.

Anthony Smith, pro se.

Robert J. Bartholomew, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

**ORDER**

PER CURIAM:

Anthony Smith appeals the circuit court's denial of his motion to reopen his Rule 29.15 post-conviction case. On appeal, Smith claims that he was entitled to have the Rule 29.15 proceedings reopened because he was abandoned by his post-conviction counsel. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).